# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Amy Sweeney fka Amy Ringleben<br>Shawn Sweeney<br>　　　　　　　　　Debtors | CHAPTER 13 |
| M&T Bank, its successors and/or assigns<br>　　　　　　　　　Movant<br>　　vs. | |
| Amy Sweeney fka Amy Ringleben<br>Shawn Sweeney<br>　　　　　　　　　Debtors | NO. 13-02708 JJT |
| Charles J. DeHart, III Esq.<br>　　　　　　　　　Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Certificate of Default of M&T Bank, which was filed with the Court on or about **September 22, 2017**.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　**/s/James C Warmbrodt, Esquire**
　　　　　　　　　　　　　　　　James C. Warmbrodt, Esquire
　　　　　　　　　　　　　　　　jwarmbrodt@kmllawgroup.com
　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　215-627-1322

September 25, 2017