```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                       Case No. 13-02708-JJT
Shawn Sweeney                                                Chapter 13
Amy Sweeney
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-5        User: MMchugh          Page 1 of 1           Date Rcvd: Sep 25, 2017
                            Form ID: pdf010        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2017.
db/jdb        +Shawn Sweeney,   Amy Sweeney,   4 Chain Circle,   New Ringgold, PA 17960-9030

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt     on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              John F Goryl    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin T McQuail    on behalf of Creditor    M&T Bank ecfmail@mwc-law.com
              Marisa Myers Cohen    on behalf of Creditor    M&T Bank Mcohen@mwc-law.com
              Thomas I Puleo    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Thomas K Noonan    on behalf of Joint Debtor Amy  Sweeney tknesq@ptd.net,  tknesqam@ptd.net
              Thomas K Noonan    on behalf of Debtor Shawn  Sweeney tknesq@ptd.net,  tknesqam@ptd.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 12
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Amy Sweeney fka Amy Ringleben
Shawn Sweeney
    Debtors

M&T Bank
    v.
Amy Sweeney fka Amy Ringleben
Shawn Sweeney
    And
Charles J. DeHart, III Esq.
    Trustee

Chapter 13

NO. 13-02708 JJT

## ORDER

AND NOW, upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on June 15, 2015, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 of the Bankruptcy Abuse and Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified to allow M&T Bank and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 4 Chain Circle New Ringgold, PA 17960.

The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

Dated: September 25, 2017

By the Court,

John J. Thomas, Bankruptcy Judge
(RPR)