```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                          Case No. 13-02708-JJT
Shawn Sweeney                                                   Chapter 13
Amy Sweeney
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-5          User: MMchugh              Page 1 of 2          Date Rcvd: Jul 11, 2018
                              Form ID: 3180W             Total Noticed: 32
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2018.
```
db/jdb         +Shawn Sweeney,    Amy Sweeney,    4 Chain Circle,    New Ringgold, PA 17960-9030
cr            ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                (address filed with court: Credit Acceptance Corporation,     25505 West 12 Mile Road,
                Southfield, MI  48034)
4321180        +Boscov's/Capital One (Formerly HSBC,    PO Box 703,    Wood Dale, IL 60191-0703
4383191        +CAPITAL ONE, N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
4321183        +Credit Acceptance,    25505 W Twelve Mile Rd #3000,     Southfield, MI 48034-8331
4323921        +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
4339510        +FIA CARD SERVICES, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
4332447       ++M&T BANK,   LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
                (address filed with court: M&T Bank,     Attn Bankruptcy Dept,    475 Cross Pointe Parkway,
                Getzville, NY 14068)
4321191        +Patenaude & Felix, PC,    4545 Murphy Canyon Rd,    San Diego, CA 92123-4363
4321192         Toyota Financial Services,    PO Box 6331,    Fargo, ND  58125-6331
4351365         US Bank N.A. as Serv fpr Toyota   Financial Serv,     Bankruptcy Department,    PO Box5229,
                Cincinnati,Ohio 452011-5229
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +EDI: PRA.COM Jul 11 2018 23:03:00      PRA Receivables Management, LLC,    POB 41067,
                Norfolk, VA 23541-1067
4345392        +E-mail/Text: bncmail@w-legal.com Jul 11 2018 19:05:21       ANTIO, LLC,
                C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4321179         EDI: BANKAMER.COM Jul 11 2018 23:03:00      Bank Of America,    P.O. Box 982235,
                El Paso, TX  79998-2235
4321181         EDI: CHASE.COM Jul 11 2018 23:03:00      Chase,    PO Box 15298,    Wilmington, DE  19850-5298
4321182        +EDI: CITICORP.COM Jul 11 2018 23:03:00      Citicards,    PO Box 6077,
                Sioux Falls, SD 57117-6077
4321184         EDI: DISCOVER.COM Jul 11 2018 23:03:00      Discover Financial Services,    PO Box 29037,
                Phoenix, AZ  85038-9034
4326920         EDI: DISCOVER.COM Jul 11 2018 23:03:00      Discover Bank,    DB Servicing Corporation,
                PO Box 3025,    New Albany, OH  43054-3025
4321185        +EDI: RMSC.COM Jul 11 2018 23:03:00      GE Capital Retail Bank - JCP,    Attn: Bankruptcy Dept.,
                PO Box 103104,    Roswell, GA 30076-9104
4321186         EDI: RMSC.COM Jul 11 2018 23:03:00      GE Capital Retail Bank/Old Navy,    PO Box 965004,
                Orlando, FL  32896-5004
4321187         EDI: IRS.COM Jul 11 2018 23:03:00      Internal Revenue Service,    PO Box 7346,
                Philadelphia, PA  19101-7346
4889694         EDI: JEFFERSONCAP.COM Jul 11 2018 23:03:00       JEFFERSON CAPITAL SYSTEMS LLC,    PO Box 7999,
                St Cloud MN 56302
4889695         EDI: JEFFERSONCAP.COM Jul 11 2018 23:03:00       JEFFERSON CAPITAL SYSTEMS LLC,    PO Box 7999,
                St Cloud MN 56302,    JEFFERSON CAPITAL SYSTEMS LLC,    PO Box 7999,    St Cloud MN 56302
4321188         EDI: RMSC.COM Jul 11 2018 23:03:00      Lowes/GECRB,    PO Box 965003,    Orlando, FL  32896-5003
4321189         E-mail/Text: camanagement@mtb.com Jul 11 2018 19:05:05       M&T Bank,    PO Box 1288,
                Buffalo, NY  14240-1288
4321190         EDI: AGFINANCE.COM Jul 11 2018 23:03:00      One Main Financial,    PO Box 183172,
                Columbus, OH  43218-3172
4367253         EDI: PRA.COM Jul 11 2018 23:03:00      Portfolio Recovery Associates, LLC,    POB 12914,
                Norfolk VA 23541
4508871         EDI: PRA.COM Jul 11 2018 23:03:00      Portfolio Recovery Associates, LLC,    POB 41067,
                Norfolk, VA 23541
4508872         EDI: PRA.COM Jul 11 2018 23:03:00      Portfolio Recovery Associates, LLC,    POB 41067,
                Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
4327775         EDI: TFSR.COM Jul 11 2018 23:03:00      Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,
                Cedar Rapids, Iowa 52408-8026
4351364         EDI: USBANKRS.COM Jul 11 2018 23:03:00       ELAN FINANCIAL SERVICES,
                AS SERVICER FOR KEYBANK NA CONV NON,    BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,
                CINCINNATI, OH 45201-5229
4321193         EDI: WFNNB.COM Jul 11 2018 23:03:00      World Financial Network Bank/Victor,
                Attn: Bankruptcy Dept.,    PO Box 18125,    Columbus, OH  43218
                                                                                               TOTAL: 21

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                (address filed with court: Jefferson Capital Systems LLC,     PO Box 7999,
                St Cloud, MN  56302-9617)
4680609*      ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                (address filed with court: Credit Acceptance Corporation,     25505 West 12 Mile Road,
                Southfield, Michigan 48034)
                                                                                      TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2018                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2018 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          John F Goryl    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          Joshua I Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Joshua I Goldman    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin T McQuail    on behalf of Creditor    M&T Bank ecfmail@mwc-law.com
          Marisa Myers Cohen    on behalf of Creditor    M&T Bank Mcohen@mwc-law.com
          Thomas I Puleo    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Thomas K Noonan    on behalf of Debtor 2 Amy   Sweeney tknesq@ptd.net, tknesqam@ptd.net
          Thomas K Noonan    on behalf of Debtor 1 Shawn   Sweeney tknesq@ptd.net, tknesqam@ptd.net
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,
           mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 12
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Shawn Sweeney** | Social Security number or ITIN  xxx–xx–2927 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Amy Sweeney** | Social Security number or ITIN  xxx–xx–4434 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Middle District of Pennsylvania** | | |
| Case number:  **5:13–bk–02708–JJT** | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Shawn Sweeney

Amy Sweeney
fka Amy Ringleben

**By the court:**

July 11, 2018

Honorable John J. Thomas
United States Bankruptcy Judge

By: MMchugh, Deputy Clerk

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**